UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES J. ENCINAS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C06-1529-RSM-MJB |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) | ORDER OF VOLUNTARY DISMISSAL |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court on the stipulation of the parties for dismissal of this action as to defendants State of Washington, Joseph Lehman, Shirley Theitje, Craig Spencer, Carrie Fleming, and Does 1-20 without prejudice and without costs in accordance with Fed. R. Civ. P. 41(a)(2).  (Dkt. # 13).

Based on the stipulation of the parties, and this Court being fully advised, IT IS HEREBY ORDERED that this action is dismissed without prejudice and without costs or interest to any party.

DATED this 31st day of January, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1 | Recommended for Entry
2 | this 30th day of January, 2008:
3 |
4 | ___/s/Monica J. Benton_____
    | Monica J. Benton
5 | United States Magistrate Judge